UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY G. KIZZIE, | No. 2:17-cv-1238 DB P |
| Petitioner, | |
| v. | ORDER |
| ANDRE MATEVOUSIAN, Warden, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis. In his application, petitioner challenges his confinement[1] at the United States Penitentiary Atwater, located in Merced County. Merced County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis (ECF No. 2) or his motion to appoint counsel (ECF No. 4).

---

[1] It appears petitioner has since been transferred to United States Penitentiary Lompoc located in Lompoc, California. (ECF No. 12.)

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis (ECF No. 2);
2. This court has not ruled on petitioner's motion to appoint counsel (ECF No. 4);
3. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and
4. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: August 30, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Habeas/kizz1238.109